UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-04036-SPG-JPR | Date | October 4, 2022 |
|---|---|---|---|
| Title | Andre Luiz Costa Soares v. Green Dot Bank | | |

| Present: The Honorable | SHERILYN PEACE GARNETT, U.S. DISTRICT JUDGE |
|---|---|
| Patricia Gomez | Not applicable |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:** **[In Chambers] Order To Show Cause Re: Dismissal for Lack of Prosecution**

Plaintiff is **ORDERED** to show cause why this case should not be dismissed for lack of prosecution. *Link v. Wabash R. Co.*, 370 U.S. 626 (1962) (Court has inherent power to dismiss for lack of prosecution on its own motion).

On August 11, 2022, the Court granted Defendant's motion to dismiss Plaintiff's First Amended Complaint with leave to amend. (ECF No. 22). On September 7, 2022, the Court issued a text-order setting Plaintiff's deadline to file an amended complaint for September 28, 2022. (ECF No. 23). Plaintiff has not filed an amended complaint to date. Accordingly, the Court, on its own motion, orders Plaintiff to show cause, in writing, **on or before October 25, 2022,** why this action should not be dismissed for lack of prosecution. This matter will stand submitted upon the filing of Plaintiff's response. *See* Fed. R. Civ. P. 78. Failure to respond will be deemed consent to the dismissal of the action.

**IT IS SO ORDERED**.

| | : | |
|---|---|---|
| | Initials of Preparer | PG |